**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JEROME D. DIOGUARDI<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>    Movant<br>    vs.<br>No Respondents. | Case No.:15-24556 GLT<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/15/2015 and confirmed on 02/26/2016 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 508,810.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 508,805.00 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,000.00 | |
|    Trustee Fee | 23,569.44 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 27,569.44 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|    BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 270,822.14 | 0.00 | 270,822.14 |
|        Acct: 6943 | | | | |
|    BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
|        Acct: 6943 | | | | |
|    BANK OF NEW YORK MELLON - TRUSTEE | 302,498.19 | 64,890.14 | 0.00 | 64,890.14 |
|        Acct: 6943 | | | | |
|    INTERNAL REVENUE SERVICE* | 196,120.24 | 118,697.99 | 26,825.29 | 145,523.28 |
|        Acct: 3488 | | | | |
|    COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|        Acct: E142 | | | | |
|    COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|        Acct: E142 | | | | |
| | | | | 481,235.56 |
| Priority | | | | |
|    SHAWN N WRIGHT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|        Acct: | | | | |
|    JEROME D. DIOGUARDI | 0.00 | 0.00 | 0.00 | 0.00 |
|        Acct: | | | | |

| 15-24556 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | |
| JEROME D. DIOGUARDI | 5.00 | 5.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAW OFFICE OF SHAWN N WRIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SHAWN N WRIGHT ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SHAWN N WRIGHT ESQ | 3,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 54,694.53 | 0.00 | 0.00 | 0.00 |
| Acct: 3488 | | | | |
| MT LEBANON SD & MUNIC OF MT LEBANO | 41,505.75 | 0.00 | 0.00 | 0.00 |
| Acct: 1356 | | | | |
| | ***NONE*** | | | |
| Unsecured | | | | |
| DUQUESNE LIGHT COMPANY(*) | 190.40 | 0.00 | 0.00 | 0.00 |
| Acct: 3488 | | | | |
| CAPITAL ONE BANK NA** | 2,179.81 | 0.00 | 0.00 | 0.00 |
| Acct: 8997 | | | | |
| CAPITAL ONE BANK NA** | 1,179.55 | 0.00 | 0.00 | 0.00 |
| Acct: 4828 | | | | |
| ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9819 | | | | |
| FIRST CARD SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0293 | | | | |
| SOUTH HILLS COUNTRY CLUB | 12,006.51 | 0.00 | 0.00 | 0.00 |
| Acct: 4556 | | | | |
| MIDLAND FUNDING LLC | 692.68 | 0.00 | 0.00 | 0.00 |
| Acct: 9321 | | | | |
| INTERNAL REVENUE SERVICE* | 42,202.85 | 0.00 | 0.00 | 0.00 |
| Acct: 3488 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| TOTAL PAID TO CREDITORS | | | | 481,235.56 |

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 96,200.28 |
| SECURED | 498,618.43 |
| UNSECURED | 58.451.80 |

Date: 02/03/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com